*Stephanie*

FILED
2017 JUN -1 AM 10: 33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br><br>Loretta Taylor<br><br>DEFENDANT(S). | CASE NUMBER<br>ED17-0246M<br>~~16-00451~~<br><br>**AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Warrant
in the US _____ District of Hawaii _____ on 5/22/2017
at 10:00 ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title 18 _____ U.S.C., Section(s) 3146
to wit: Pretrial Violation

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on June 1, 2017 _____, by

_____ , Deputy Clerk.

[Signature]
Signature of Agent

C. Levells
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (05/98)                       AFFIDAVIT RE OUT-OF-DISTRICT WARRANT